UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-668 |
| TIRSO CANARIO | : | ORDER FOR CONTINUANCE |

       This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and defendant TIRSO CANARIO (Lawrence M. Herrmann, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period from September 19, 2008, through November 18, 2008, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.    Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

       2.    Defendant has consented to the aforementioned continuance.

       3.    The grant of a continuance will likely conserve judicial resources.

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___6___ day of October 2008,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from September 19, 2008 to November 18, 2008; and

IT IS FURTHER ORDERED that the period between September 19, 2008, through November 18, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DENNIS M. CAVANAUGH
United States District Judge

I hereby consent to the form
and entry of this order:

_____
Lawrence M. Herrmann, Esq.
Attorney for Tirso Canario

Date: Oct 1-2008

_____
André M. Espinosa
Assistant United States Attorney

Date: October 1, 2008