UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-668 |
| TIRSO CANARIO | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and defendant Tirso Canario (John C. Whipple, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period from November 19, 2008, through March 15, 2009, to allow the parties to prepare the case for trial, and the defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and the defendant, through his attorney, having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Both the United States and the defendant desire additional time to prepare this matter for trial.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___19___ day of November 2008,

ORDERED that the proceedings in the above-captioned matter are continued from November 19, 2008, through March 15, 2009; and,

IT IS FURTHER ORDERED that the period between November 19, 2008, through March 15, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974; and,

IT IS FURTHER ORDERED that the following pretrial schedule shall control:

| | |
|---|---|
| Motions due: | 15 December 2008; |
| Opposition due: | 5 January 2009; |
| Motion hearing date: | 12 January 2009; |
| **Trail date:** | 16 March 2009. |

HON. DENNIS M. CAVANAUGH
United States District Judge

I hereby consent to the form
and entry of this order:

John C. Whipple, Esq.
Attorney for Tirso Canario

Date: _____

André M. Espinosa
Assistant United States Attorney

Date: 11/13/08