UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| TIRSO CANARIO, : | Crim. No. 08-668 (DMC) |
| a/k/a "Joel" | |

This matter having been opened to the Court upon the motion of Defendant Tirso Canario, a/k/a "Joel" ("Defendant") (John C. Whipple, Esq. appearing), for bail pending his sentence; and the Court having considered Defendant's written argument in support of the motion, filed June 3, 2009, and the written opposition of the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), filed June 8, 2009; and for good cause shown;

**IT IS** on this 7 day of August, 2009

**ORDERED** that, Defendant's motion for bail pending his sentence shall be and hereby is **DENIED**.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge